836

No. 281. ARTHUR MURRAY, INC., *v.* RICCIARDI. Court of Appeals of New York. Certiorari denied. *Harry Krauss* for petitioner.

No. 98. BLIER *v.* UNITED STATES LINES Co. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Milton Garber* for petitioner. *Louis J. Gusmano* for respondent.

No. 374. LANCASTER *v.* GARDINER ET AL., TRUSTEES. Court of Appeals of Maryland. Certiorari denied.

No. 92. VAN ALLEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Jesse Climenko* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Lloyd J. Keno* for the United States.

No. 96. MORGAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *William R. Spofford* and *Andrew B. Young* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harry Baum* for respondent.

No. 105. HACKLER *v.* SAIN, SHERIFF. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Henry H. Koven* and *Richard F. Levy* for petitioner. *Daniel P. Ward* and *Edward J. Hladis* for respondent.